No. 95–7696.  DEBBS ET UX. *v.* CALIFORNIA WORKERS' COMPENSATION APPEALS BOARD ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 95–7698.  PAGE ET AL. *v.* TEXAS BOARD OF PARDONS AND PAROLE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 95–7701.  COTNER *v.* NICHOLS.  C. A. 10th Cir.  Certiorari denied.

No. 95–7702.  BOWEN *v.* GUNDY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 95–7709.  BURR *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 95–7714.  RODRIGUEZ *v.* FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 95–7718.  WALKER *v.* CITY OF AMES, IOWA.  Dist. Ct. Iowa, Story County.  Certiorari denied.

No. 95–7724.  BANKS *v.* COUNTY OF SAN DIEGO, CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 95–7729.  FRYE *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 95–7731.  BRITO *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 95–7735.  FREE *v.* CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 95–7749.  WINTERS *v.* OHIO ADULT PAROLE AUTHORITY.  C. A. 6th Cir.  Certiorari denied.

No. 95–7752.  SALAZAR *v.* ARIZONA.  Super. Ct. Ariz., Pima County.  Certiorari denied.

No. 95–7756.  TOOTLE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 95–7760.  SAATHOFF *v.* HESSE, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.